**Motion Granted; Order filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00620-CV
_____

**ERIC SHALEV AKA ARIE SHALEV AND GIANT MART, INC.,** Appellants

**V.**

**ARTERMIO NAMBO,** Appellee

___

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23570**

___

## ORDER

On November 1, 2013, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. On January 10, 2014, appellants filed a motion requesting that the appeal be retained on the court's docket until completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until November 30, 2014. The appeal will be reinstated on this

court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM